**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **E.A.T.H., *by next friend,* MANUEL ALEJANDRO QUINTERO MARCANO** | : | |
| **Petitioner,** | : | |
| **v.** | : | **Case No. 4:26-cv-1312-CDL-CHW** **28 U.S.C. § 2241** |
| **Warden, STEWART DETENTION CENTER,** | : | |
| **Respondent.** | : | |

**<u>ORDER</u>**

On October 19, 2026, Manuel Alejandro Quintero Marcano filed an application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. 1) on behalf of Petitioner E.A.T.H. in the United States District Court for the Middle District of Georgia. The petition is signed only by Mr. Quintero Marcano, who claims he filed the petition as Petitioner's partner and as his "next friend." (*Id.*).

Someone acting as "next friend" may file a habeas petition on behalf of a person unable to seek relief himself. *Francis v. Warden*, FCC Coleman-USP, 246 F. App'x 621, 622 (11th Cir. 2007) (citing *Ford v. Haley*, 195 F.3d 603, 624 (11th Cir. 1999)); *see also* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."). To show standing, the next friend must "provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action." *Francis*, 246 F. App'x at 622 (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990)).

Mr. Quintero Marcano cites Petitioner's detention and delayed mail access as the basis of his request to proceed as next friend, but he does not explain why Petitioner is unable to file a habeas application for himself. (Doc. 1-3, p. 1-2). The Court regularly receives signed *pro se* applications from detainees at Stewart Detention Center. Mr. Quintero Marcano does not provide an explanation of why Petitioner's circumstances differentiate him from the other detainees at Stewart Detention Center. As such, in order for this matter to proceed, Mr. Quintero Marcano must either provide additional information for why he should be allowed to proceed as next friend for Petitioner, or the Court must receive an application for habeas relief signed by Petitioner *personally*. The Clerk is **DIRECTED** to provide the appropriate standard habeas form for this purpose and to mail a copy of this Order and standard habeas form to both Mr. Quintero Marcano and to Petitioner. Petitioner shall have twenty-one (21) days to comply with this order. Failure to comply may result in dismissal of this action.

**SO ORDERED**, this 28th day of October, 2026.

s/ Charles H. Weigle__________
Charles H. Weigle
United States Magistrate Judge